UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES　　　　　　　　CIVIL ACTION
　　　　　CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO.  05-4182
LEVEE CASES

PERTAINS TO:  06-7682(PAUL)　　　　　　　　　　　　SECTION "K"(2)


## ORDER AND OPINION

Before the Court is a motion to remand filed on behalf of plaintiffs Judy M. Paul and Willie Mackie, Sr. Having reviewed the pleadings, memoranda, and relevant law, the Court for the reasons assigned below, grants the motion to remand.

Plaintiffs filed this suit in the Civil District Court for the Parish of Orleans, naming as defendants, among others, BNSF Railway Company, f/k/a/ the Burlington Northern and Santa Fe Railway Company ("BNSF") and CSX Transportation, Inc. ("CSXT").  CSXT removed the suit to federal court pursuant to 28 U.S.C. §1441(c) contending that there was subject matter jurisdiction under 28 U.S.C. §1331 because the Federal Railroad Safety Act, 49 U.S.C. §§20101 - 20117 completely preempts plaintiffs' claims against CSXT and the other railroad defendants.

Plaintiffs moved to remand the case to state court. (Doc. 1543).  CSXT and BNSF opposed the motion to remand; no other party filed an opposition to the motion to remand.  Thereafter plaintiffs, CSXT and BNSF entered into a stipulation to dismiss CSXT and BNSF with prejudice, and the Court signed an order dismissing with prejudice the claims against CSXT and BNSF. Plaintiffs moved to withdraw the stipulation and to vacate the Court's order dismissing the claims

against CSXT and BNSF. Today the Court denied those motions.

Because BNSF and CSXT, the only two parties which opposed the motion to remand, have been dismissed from the law suit and the motion appears well founded, the motion is granted. Accordingly,

IT IS HEREBY ORDERED that plaintiff's Motion to Remand is GRANTED, and the case is REMANDED to state court.

New Orleans, Louisiana, this 16th day of January, 2007.

        STANWOOD R. DUVAL, JR.
        UNITED STATES DISTRICT JUDGE